# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 3:06-CR-137 |
| | ) | (Phillips) |
| FRANK LOGAN ASBURY | ) | |

## ORDER

The government's motion to dismiss the information filed in this case [Doc. 2] is **GRANTED.**

                          **ENTER:**

                          s/ Thomas W. Phillips
                       United States District Judge